IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN J. SIDEWATER, SAMUEL I. SIDEWATER, and HERBERT T. VEDERMAN**<br>*Plaintiffs,*<br><br>v.<br><br>**SCHNADER HARRISON SEGAL & LEWIS LLP**<br>*Defendant.* | : CIVIL ACTION NO. 2:22-cv-04088-PD<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiffs, Steven J. Sidewater, Samuel I. Sidewater, and Herbert T. Vederman, respectfully oppose the Defendant's Motion to Dismiss the Amended Complaint for the reasons set forth in their Brief in Support, which is incorporated by reference.

                Respectfully submitted,

                *Paul R. Rosen*
                Paul R. Rosen, Esq.
                Leslie B. Baskin, Esq.
                Andrew J. DeFalco, Esq.
                Spector Gadon Rosen Vinci, P.C.
                1635 Market Street, 7th Floor
                Philadelphia, Pennsylvania 19103
                (215) 241-8888 (Main)/(215) 241-8844 (Fax)
                Counsel for Plaintiffs

Date: February 14, 2023