IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J SIDEWATER et al | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  22-cv-04088-PD |
| SCHNADER HARRISON SEGAL & LEWIS LLP | : | |
| | : | |
| Defendant. | : | |

## NOTICE

A settlement conference will be held on **August 29, 2023** at **2:00 p.m.,** before the Honorable Richard A. Lloret, United States Magistrate Judge.  Please report to the **James A. Byrne U.S. Courthouse**, **601 Market Street, Courtroom 3D, Philadelphia, PA 19106**.

- Plaintiff must make a demand before the settlement conference. Defendant must make an offer before the conference.
- Plaintiff will comply with Fed.R.Civ.P. 26(a)(1)(A)(iii) **at once,** if plaintiff has not already provided a computation of damages that complies with the rule.
- Defendant will comply with Fed.R.Civ.P. 26(a)(1)(A)(iv) **at once**, if defendant has not already provided a full and complete copy of all insurance policies (including policy limits, retention and deductibles) in accordance with the rule.
- Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility, for example, if the defendant will not make an offer or will offer only nuisance value.
- Counsel is responsible to have clients with **full settlement authority** physically present for the duration of the conference.[1] A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **August 24, 2023**. **If it is NOT emailed by then Judge Lloret may CANCEL the settlement conference.**

<em>/s/ Sheila McCurry</em><br>
SHEILA MCCURRY<br>
Courtroom Deputy to the<br>
Honorable Richard A. Lloret<br>
U.S. Magistrate Judge<br>
267-299-7410

**Date:**  August 22, 2023

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

<u>SETTLEMENT CONFERENCE SUMMARY</u>

CAPTION: _____

DISTRICT COURT JUDGE: _____  JURY / NONJURY
                                                                                                                (Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____

    Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

<u>Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable)</u>:

_____

MOTIONS PENDING:

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

DEMAND AND OFFER:

_____

_____

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.

**NOTE: Submission of this form is a certification under Fed.R.Civ.P. 26(g) that counsel has complied with Fed.R.Civ.P. 26(a)(1) regarding initial disclosure of a computation of damages (as to plaintiff) and all insurance policies (as to defendant).**