IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. SIDEWATER, et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SCHNADER HARRISON SEGAL &<br>LEWIS LLP,<br>　　　　Defendant. | :<br>:<br>:<br>:  Civ. No. 22-4088<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal of the Amended Complaint without prejudice, with each party to bear their own costs. The parties have reached an interim, confidential putative settlement which may (or may not) resolve all of the issues in this case. This interim, confidential settlement is implemented by a tolling agreement that is intended to end with the potential settlement in 2024. The parties have concluded that further litigation at this time is not in any party's interest. The claims presented in this case will be revisited later, if and when necessary.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

SPECTOR GADON ROSEN VINCI,
P.C.

_/s/ Paul R. Rosen_

Paul R. Rosen, Esquire
Leslie Beth Baskin, Esquire
Andrew J. DeFalco, Esquire
1635 Market Street, 7th Floor

DILWORTH PAXSON LLP

_/s/ Lawrence G. McMichael_

Lawrence G. McMichael, Esquire
Patrick M. Harrington, Esquire
Timothy J. Ford, Esquire
1500 Market Street, Suite 3500E

| | |
|---|---|
| Philadelphia, PA 19103<br>Tel.: (215) 241-8888<br>Fax: (215) 241-8844<br>prosen@sgrvlaw.com<br>lbaskin@sgrvlaw.com<br>adefalco@sgrvlaw.com<br>*Attorneys for Plaintiffs Steven J. Sidewater, Samuel I. Sidewater, and Herbert T. Vederman* | Philadelphia, PA 19102-2101<br>Tel.: (215) 575-7000<br>Fax: (215) 575-7200<br>lmcmichael@dilworthlaw.com<br>pharrington@dilworthlaw.com<br>tford@dilworthlaw.com<br>*Attorneys for Defendant Schnader Segal and Lewis LLP*<br><br>Dated:     September 29, 2023 |